IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. JOHNSON, | 1:12-cv-00947 GSA (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| YULIT, et al., | ( Motion #17) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On September 26, 2012, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on September 19, 2012, IT IS HEREBY ORDERED THAT plaintiff's application of September 26, 2012, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   September 27, 2012              /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE