1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT D. JOHNSON,                    )        1:12-cv-00947-GSA-PC
                                           )
12                                         )        ORDER INFORMING PLAINTIFF HE
               Plaintiff,                  )        HAS LEAVE TO AMEND THE
13                                         )        COMPLAINT ONCE AS A MATTER
          v.                               )        OF COURSE
14                                         )
     DR. YULIT, et al.,                    )        (Doc. 19 resolved)
15                                         )
                                           )        THIRTY DAY DEADLINE TO FILE
16             Defendants.                 )        FIRST AMENDED COMPLAINT
                                           )
17                                         )        ORDER FOR CLERK TO SEND
                                           )        COMPLAINT FORM TO PLAINTIFF
18   _____)

19          Robert D. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

20   pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 1, 2012.  Now pending is Plaintiff's

21   motion to amend the complaint, filed on December 26, 2012.  (Doc. 19.)

22          Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's

23   pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a

24   party may amend only by leave of the court or by written consent of the adverse party, and leave shall

25   be freely given when justice so requires.  Fed. R. Civ. P. 15(a).  Because Plaintiff has not amended the

26   complaint, and no responsive pleading has been served in this action, Plaintiff has leave to file an

27   amended complaint as a matter of course.

28                                                1

1    Plaintiff is informed he must demonstrate in his amended complaint how the conditions

2 complained of have resulted in a deprivation of Plaintiff's constitutional rights.  See Ellis v. Cassidy,

3 625 F.2d 227 (9th Cir. 1980).  The complaint must allege in specific terms how each named defendant

4 is involved.  There can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link or

5 connection between a defendant's actions and the claimed deprivation.  Rizzo v. Goode, 423 U.S. 362

6 (1976); May v. Enomoto, 633 F.2d 164, 167 (9th Cir. 1980); Johnson v. Duffy, 588 F.2d 740, 743 (9th

7 Cir. 1978).

8    Plaintiff should note that although he has the opportunity to amend, it is not for the purpose of

9 adding new defendants relating to issues arising after June 1, 2012.  In addition, Plaintiff should take

10 care to include only those claims that have been exhausted prior to the initiation of this suit on June 1,

11 2012.

12    Finally, Plaintiff is advised that an amended complaint supercedes the original complaint, Lacey

13 v. Maricopa County, 693 F 3d. 896, 907 n.1 (9th Cir. 2012) (en banc), and it must be complete in itself

14 without reference to the prior or superceded pleading.  Local Rule 220.  Therefore, in an amended

15 complaint, as in an original complaint, each claim and the involvement of each defendant must be

16 sufficiently alleged.  The First Amended Complaint should be clearly and boldly titled "FIRST

17 AMENDED COMPLAINT," refer to the appropriate case number, and be an original signed under

18 penalty of perjury.

19    Accordingly, it is HEREBY ORDERED that:

20    1.    Plaintiff's is informed that he has leave to amend the complaint once as a matter of

21          course;

22    2.    This order resolves Plaintiff's motion to amend the complaint, filed on December 26,

23          2012;

24    3.    Within thirty (30) days from the date of service of this order, Plaintiff shall file a First

25          Amended Complaint using the court's form;

26 ///

27 ///

28                                    2

4.    The First Amended Complaint should be clearly and boldly titled "FIRST AMENDED COMPLAINT," refer to case number 1:12-cv-00947-GSA-PC , and be an original signed under penalty of perjury;

5.    The Clerk of the Court shall send one civil rights complaint form to Plaintiff; and

6.    Plaintiff is warned that the failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.


 IT IS SO ORDERED.

**Dated:    January 2, 2013**                  ___/s/ **Gary S. Austin**___
                                                         UNITED STATES MAGISTRATE JUDGE

3